THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT ROMANO, Appellant.— On motion of defendant, the decision handed down October 10, 1960 (11 A D 2d 1035) is amended by striking out its last paragraph, designating Anthony F. Marra, Esq., as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DWIGHT TIPPINS, Appellant.— On the court's own motion, the decision handed down September 26, 1960 (ante, p. 955), as amended by order of this court, entered October 31, 1960 (11 A D 2d 1071), is further amended by striking out the designation of Nathaniel Seligman, Esq., as counsel to prosecute the appeal, and by designating Joseph A. Solovei, Esq., 16 Court Street, Brooklyn, New York, as such counsel. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM WOODBURY, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on a typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the February Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. Motion by appellant for assignment of counsel denied. The appeal is from an order denying without a hearing appellant's coram nobis application. It appears that appellant either has in his possession a copy of the original papers to be used in the consideration of this appeal or that he has full knowledge of their contents. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FORTUNATO AURIGEMMA, Respondent, v. EDWARD M. FAY, as Warden of Green Haven Prison, Appellant.— Motion by respondent to dismiss appeal. The motion is dismissed as academic in view of the decision on the cross motion decided herewith. Cross motion by appellant to discontinue appeal, granted. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH MICHAEL WILLIAM BRADY, Relator, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— Motion by relator to dispense with printing, for assignment of counsel, and for other relief. Motion denied, with leave to relator to renew the motion, if so advised, after the making and entry of an order dismissing the relator's writ of habeas corpus, and the taking of an appeal therefrom. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE CARROLL, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent. — Motion by appellant to dispense with printing denied. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT RICCI, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— Motion by appellant to dispense with printing, and for assignment of counsel. Motion denied. The papers submitted on this motion demonstrate that there is no merit to the appeal. (See People ex rel. Emanuel v. McMann, 7 N Y 2d 342.) Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.